# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY COMANS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
TIMBERLINE TRADING OF
MISSOURI, LLC AND MICHAEL
GLOBE

NO.  2021 CW 0936

**FEBRUARY 23, 2022**

---

In Re:   Cincinnati Insurance Company, applying for supervisory
         writs, 19th Judicial District Court, Parish of East
         Baton Rouge, No. 653413.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

   **WRIT   DISMISSED.**   This  writ  application  is  dismissed
pursuant to relator's voluntary motion to dismiss, which advised
that the parties settled all claims and controversies existing
between  them  in  this  matter  and  requested  that  this  writ
application be dismissed.

**VGW
AHP
CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
          FOR THE COURT